

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2014

No. 04-13-00424-CV

Donald E. **CARTER,**
Appellant

v.

**ATTORNEY GENERAL OF THE STATE OF TEXAS,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1993EM500955
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant Donald Carter is representing himself in this appeal. His reply brief was due on February 20, 2014. *See* TEX. R. APP. P. 38.6(c). On the due date, Appellant filed a motion for a thirty-day extension of time to file the reply brief.

Appellant's motion is GRANTED. Appellant's reply brief must be filed not later than March 24, 2014. **NO FURTHER EXTENSIONS OF TIME TO FILE THE REPLY BRIEF WILL BE GRANTED.**

We caution Appellant that this court may decide this appeal before Appellant files his reply brief. *See id.* R. 38.3.

It is so **ORDERED** on February 26, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court